IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:97CR154 |
| vs. ) | |
| ) | ORDER |
| JULIE ANN MARSHALL, ) | |
| Defendant. ) | |

Defendant Julie Ann Marshall appeared before the court on Monday, June 27, 2011 on a Petition for Warrant or Summons for Offender Under Supervision [31]. The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Michael P. Norris. Through her counsel, the defendant waived her right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. Through counsel, the defendant declined to present any evidence on the issue of detention. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is neither a flight risk nor a danger to the community, the court finds the defendant has failed to carry his burden and that she should be detained pending a dispositional hearing before Judge Smith Camp.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1.  A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 18, 2011 at 1:30 p.m.** Defendant must be present in person.

2  The defendant, Julie Ann Marshall, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4.  Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 27th day of June, 2011.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge